## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 07-2051-CM |
| ) | |
| **TAMARA J. RANDALL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Defendant, proceeding *pro se*, moves to dismiss this *in rem* foreclosure action (Docs. 6 and 7). She argues that the court lacks subject matter jurisdiction over the action and that the case should otherwise be dismissed. The court has reviewed both of defendant's motions and finds no basis for dismissal of this action. The court has subject matter jurisdiction over the case pursuant to 28 U.S.C. § 1345. *See U.S. for & on Behalf of Small Bus. Admin. v. Torres*, 142 F.3d 962, 966 (7th Cir. 1998). The complaint further states a claim, and the court will not dismiss the action based on the unsubstantiated allegations in defendant's briefs.

**IT IS THEREFORE ORDERED** that defendant's motions to dismiss (Docs. 6 and 7) are denied.

Dated this  6th  day of July 2007, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**
