# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 07-2051-CM** |
| ) | |
| **TAMARA J. RANDALL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Defendant, proceeding *pro se*, filed a document entitled "Constructive Notice and Withdrawal from Action" (Doc. 19). Within the notice, defendant seeks "reconsideration of dismissal," which presumably refers to the court's order dated July 6, 2007 denying her earlier motions to dismiss. Defendant offers no valid basis for relief, and the court denies her request. The court cannot determine what other relief defendant seeks through her motion, but to the extent that she asks to withdraw from the case, her request is denied. Defendant is expected to continue participating in the case through the close of litigation.

**IT IS THEREFORE ORDERED** that defendant's Constructive Notice and Withdrawal from Action (Doc. 19), to the extent that it can be construed as a motion for relief, is denied.

Dated this 17th day of August 2007, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**