## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 07-2051-CM** |
| ) | |
| **TAMARA J. RANDALL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This case is before the court on defendant's Motion for Stay of all Orders and Sale of Property (Doc. 64). On March 3, 2008, the court entered default judgment against defendant for her repeated conscious and willful refusal to participate in this case. Defendant asked the court to vacate the default judgment on March 12, 2008, and the court denied that motion on April 21, 2008. Defendant's real estate property is now scheduled to be sold on Thursday, June 26, 2008 at 9:00 am. (Doc. 62, Notice of Marshal's Sale of Real Estate).

On June 23, defendant filed the instant motion. She asks the court to stay its orders for the seizure and sale of her real estate property until after the Supreme Court can resolve a number of issues relating to this case. In the alternative, she asks the court to withdraw all previous rulings and dismiss the case for lack of standing.

Defendant offers no valid legal or factual basis for granting any of the relief that she seeks. The court properly entered default judgment against defendant after granting her multiple opportunities to participate and defend herself in this case. The case has dragged out longer than necessary due to defendant's obstructive conduct, and the court will not now delay the sale of her

property in order for pursue related claims elsewhere. The court also finds no merit in defendant's lack of standing claim, and will not vacate its previous rulings on that basis. Defendant has not met her burden of demonstrating that any relief is merited at this late stage of the proceedings.

**IT IS THEREFORE ORDERED** that defendant's Motion for Stay of all Orders and Sale of Property (Doc. 64) is denied.

Dated this 25th day of June 2008, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**

-2-